# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SHAWNDEE MILLS

NO. 2025 CW 1261

VERSUS

STACY NEWMAN, M.D.

**DECEMBER 19, 2025**

---

In Re:    Shawndee Mills and Iesha Mills, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 20250000896.

---

**BEFORE:    LANIER, WOLFE, HESTER, JJ.**

**WRIT NOT CONSIDERED.** This writ application appears to be untimely. The denial of the pauper motion was signed by the court on June 26, 2025, and this writ application was filed more than thirty days later. In the event a new application is filed to show that this application was timely, this court requires a copy of all attachments (if any) to the pauper motion, the notice of the denial of the pauper motion, a copy of the trial court's reasons (if any), the pertinent minute entry (if any), and a copy of the notice of intent and return date order (if any). See Rule 4-5 (C)(7)(8)(10) and (11)of the Uniform Rules of Louisiana Courts of Appeal.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relators seek to file a new application with this court, it must contain all pertinent documentation, including the missing items noted herein and documentation to show that the original writ application was timely, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before January 8, 2026, and must contain a copy of this ruling.

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT